**RECEIVED**
**MAR 3 1 2023**
**BY MAIL**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## DIVISION

Trey Anthony Muller )
DOC # 1227144 )
 )
*(Write the full name of the plaintiff in this action.* )   Case No: _____
*Include prisoner registration number.)* )   *(to be assigned by Clerk of District Court)*
 )
 )   Plaintiff Requests Trial by Jury
**v.** )   ☒ Yes   ☐ No
Warden - William Stange )
Sergent - Michael Hyten )
Officer - Aaron Raines )
Sergent - Pierce Yount )
Officer - Joshua Carter )
Officer - Jacob Williams )
Officer - Steve Harper )
Officer -       Effan )
 )
*(Write the full name of each defendant. The caption* )
*must include the names of **all** of the parties.* )
*Fed. R. Civ. P. 10(a). Merely listing one party and* )
*writing "et al." is insufficient. Attach additional* )
*sheets if necessary.)* )

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

### NOTICE:

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

## I. The Parties to this Complaint

### A. The Plaintiff

Name: Trey Anthony Muller

Other names you have used: Transgender/Name Trayce

Prisoner Registration Number: 1227144

Current Institution: S.E.C.C

Indicate your prisoner status:

- [ ] Pretrial detainee
- [x] Convicted and sentenced state prisoner
- [ ] Civilly committed detainee
- [ ] Convicted and sentenced federal prisoner
- [ ] Immigration detainee
- [ ] Other (explain): _____

### B. The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: William Stange

Job or Title: Warden

Badge/Shield Number: They won't give it to me

Employer: DOC

Address: 300 east Pedro simmon's Drive Charleston, MO 63834

[x] Individual Capacity   [ ] Official Capacity

2

**Defendant 2**

Name: MiCHaEl Hyten

Job or Title: Sergent

Badge/Shield Number: won't give it to me

Employer: DOC

Address: 300 east Pedro simmon's Drive

☒ Individual Capacity ☐ Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

① I was Beaten BY StaFF on camera

②. 11-22-22 At APProximately 2:30 PM Teuesday.

③ Houseihg unit 2-C-204 At SECC, 300 east Pedro simmon's Drive Charleston, MO 63834

④ Bruising to the Face And cuts Bad lt spring elbow. Mentel Heath Nightmare's FLasHS Backs

3

⑤ [Michael Hyten] can be seen by camera Runing in my cell and Punching me in the Head and Kicking me in the Face and Trying to Break my Fingers

JeffCity is my witness that it happened →

[Aaron Raines] can be seen on camera rushing into the cell and Punching me and Trying to Break my Arm and Elbow.

[Warden William Stange]
He failed to protect me from cruel and unusual punishment

Staff Members
Joshua Carter
Pierce Yount
Jacob Williams
Harper
Effan
→ Acted Appropriately

④ Claim
My 14th and 8 amendment rights have been violated by the warden and staff

[What Happen] on 11-22-22 at SECC a Movement Team was sent to my cell to get me out During this time Staff Tryed to Break my Fingers and Elbow and Kicked me in the Head and Face All this can be seen on the use of for Video And JeffCity is my witness

### III. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained Multiple Bruises to the Face and Body and a severely sprang elbow as well as Mental Health Flash Backs and Anguish All of which is in my File and They have Pictures to.

4

IV. Relief

*I want the court to ASSigen me a Lawyer and Sopenoa the the Evidence. order Doc To Let me Pay the FilEing Fee out of my SAVeing Account. And Supenoa my grievance Appeal Answer*

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages. *I want the court to rule, a Payment to me in the amount of $50,000 Dollars By The defendant's For My Pain and Suffering Mental Anguish*

V. Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes   [ ] No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

*Southeast correctional center*

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes   [ ] No   [ ] Do not know

C. If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

[X] Yes   [ ] No   [ ] Do not know

5

If yes, which claim(s)?

claim #1

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes   ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes   ☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

Southeast correctional center

2. What did you claim in your grievance? (*Attach a copy of your grievance, if available*)

My 14th And 8th amenment Rights Have Been Violated Due to The Wardens Failure to Protect me From cruel and unusual Punishment Due to exSEsive use oF Force

3. What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)

See copy's.

My grievance Appeal was Turned in to casewort Reeve's and He said He is my witness. But They Are denying me my Answer And copy

Administration Witness's | Jeffson city

They Told me Basically They got in Trouble By Jeffson city

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* Yes. But I'm Being Denied My Answer on The grievance appeal. caseworker Landers will Not Bring me my copy. And Tell me wHat it is

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

7

## VI. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

    A.    To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

        [X] Yes        [ ] No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible. **Eastern District of Missouri**

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

        [ ] Yes        [X] No

    B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

    1.    Parties to the previous lawsuit    **Don't Have Them**

Plaintiff _____

Defendant(s) _____

    2.    Court (*if federal court, name the district; if state court, name the state and county*)

**Don't Have Them**

    3.    Docket or case number _____

    4.    Name of Judge assigned to your case _____

8

5. Approximate date of filing lawsuit __2015__

6. Is the case still pending?

   ☐ Yes

   ☒ No (*If no, give the approximate date of disposition*): _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes     ☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

   Plaintiff __Don't Have__

   Defendant(s) _____

2. Court (*if federal court, name the district; if state court, name the state and county*)

   __Don't Have__

3. Docket or case number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

9

6. Is the case still pending?

   ☐ Yes

   ☒ No (*If no, give the approximate date of disposition*): _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **25** day of **March**, 20**23**.

Signature of Plaintiff   *Judy Mueller*